**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00183-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  YESENIA ALVAREZ-ALVAREZ,
    a/k/a Olga Yesenia Alvarez-Alvarez,

    Defendant.

---

**MINUTE ORDER RESETTING SENTENCING**

---

ENTERED BY CHRISTINE M. ARGUELLO

    This matter comes before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Change of Plea currently set for October 30, 2009, at 1:30 p.m. is VACATED and reset to **October 30, 2009, at 2:00 p.m.**

    DATED: October 16, 2009.