**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00183-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

3.  YESENIA ALVAREZ-ALVAREZ,
      a/k/a Olga Yesenia Alvarez-Alvarez,

   Defendant.

---

**ORDER VACATING CHANGE OF PLEA HEARING FOR
FAILURE TO FOLLOW COURT ORDER**

---

This matter is before the Court *sua sponte*.  By Order dated September 17, 2009

(Doc. # 78), counsel for the parties in this matter were ordered to "deliver courtesy

copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea

Agreement" separately to Judge Arguello's chambers and to the Probation Department

no later than October 23, 2009."  Counsel were warned that "if these documents are not

timely submitted, the hearing will be vacated.  There will be no exceptions to this policy."

Because no paperwork has been received by Chambers to date, the Change of Plea

currently set for October 30, 2009, at 2:00 p.m. is VACATED.  Lead counsel for both

parties are DIRECTED to call Chambers (303-335-2174) via conference call no later

than noon, November 4, 2009 to reset this Change of Plea.

DATED:  October 29, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge