**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00183-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  YESENIA ALVAREZ-ALVAREZ,
    a/k/a Olga Yesenia Alvarez-Alvarez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between both counsel and Chambers staff, Defendant Yesenia Alvarez-Alvarez's Change of Plea hearing is RESET to **November 10, 2009 at 8:15 a.m.**

    DATED:  October 30, 2009