# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00183-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  YESENIA ALVAREZ-ALVAREZ,
    a/k/a Olga Yesenia Alvarez-Alvarez,

    Defendant.

---

## MINUTE ORDER VACATING CHANGE OF PLEA HEARING FOR
## FAILURE TO FOLLOW COURT ORDER AND ORDER TO SHOW CAUSE

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. By Order dated October 29, 2009 (Doc. # 97), the Change of Plea Hearing for Defendant Alvarez-Alvarez set for October 30, 2009 was vacated because no paperwork had been timely received by Chambers. On October 30, 2009, counsel subsequently reset the hearing on this Court's docket for November 10, 2009 (Doc. # 98). As of the instant date, courtesy copies of neither the Plea Agreement nor the Statement by Defendant In Advance of Change of Plea have been received by Chambers. It is, therefore,

    ORDERED that the Change of Plea Hearing on behalf of Defendant Alvarez-Alvarez set for November 10, 2009 at 8:15 a.m. is VACATED.

    IT IS FURTHER ORDERED that both counsel shall appear before this Court on **November 10, 2009 at 8:15 a.m.** to show cause why they should not be held in contempt for failure to follow this Court's procedures.

    DATED: November 9, 2009