**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00183-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  YESENIA ALVAREZ-ALVAREZ,
    a/k/a Olga Yesenia Alvarez-Alvarez,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    In response to the Notice of Disposition (Doc. # 109), a Change of Plea hearing is set for Defendant Yesenia Alvarez-Alvarez on **December 11, 2009 at 3:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

    This Change of Plea hearing will take place in lieu of the final trial preparation conference currently set for that date and time**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on December 7, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated, the final trial preparation conference will be reinstated and trial will commence on December 14, 2009.</u>  The original and one copy of the plea agreement documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  November 20, 2009